**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

Bruce Berkowitz,

     Plaintiffs,

v.                                                          Case No. 6:25-cv-2416-ACC-NWH

U.S. Foods, Inc.,

     Defendants.

_____

## Uniform Case Management Report

     The goal of this case management report is to "secure the just, speedy, and inexpensive determination of" the action. *See* Fed. R. Civ. P. 1. Under Local Rule 3.02(a)(2), this case management report should be used in all civil cases except those described in Local Rule 3.02(d). Individual judges may have additional case management preferences that can be found under each judge's name on the Court's website, flmd.uscourts.gov/judges/all.

### 1.  Date and Attendees

> The parties may conduct the planning conference "in person, by telephone, or by comparable means[.]" *See* Local Rule 3.02(a)(1).

     The parties conducted the planning conference on 2/10/2026. James Odell, James J. Swartz, Jr., and Bailey G. Green attended the conference.

### 2.  Deadlines and Dates

     The parties request these deadlines and dates:

| Action or Event | Date |
|---|---|
| Deadline for providing mandatory initial disclosures. *See* Fed. R. Civ. P. 26(a)(1). | 2/27/2026 |
| Deadline for moving to join a party, *see* Fed. R. Civ. P. 14, 19, and 20, or amend the pleadings, *see* Fed. R. Civ. P. 15(a). | 3/20/2026 |

323523466v.1

| | | |
|---|---|---|
| Deadline for serving expert disclosures under Rule 26(a)(2), including any report required by Rule 26(a)(2)(B). | Plaintiff | 8/20/2026 |
| | Defendant | 9/20/2026 |
| | Rebuttal | 10/20/2026 |
| Deadline for completing discovery and filing any motion to compel discovery. *See* Fed. R. Civ. P. 37; *Middle District Discovery* (2021). | | 11/20/2026 |
| Deadline for moving for class certification, if applicable. *See* Fed. R. Civ. P. 23(c). | | N/A |
| Deadline for filing any dispositive and *Daubert* motion. *See* Fed. R. Civ. P. 56. (Must be at least five months before requested trial date.) | | 1/8/2027 |
| Deadline for participating in mediation. *See* Local Rules, ch. 4. Robyn Hankins, 1217 Merlot Dr., Palm Beach Gardens, FL 33410, (561)-721-3890 | | 11/23/2026 |
| Date of the final pretrial meeting. *See* Local Rule 3.06(a). | | 4/27/2027 |
| Deadline for filing the joint final pretrial statement, any motion in limine, proposed jury instructions, and verdict form. *See* Local Rule 3.06(b). (Must be at least seven days before the final pretrial conference.) | | 5/4/2027 |
| Date of the final pretrial conference. *See* Fed. R. Civ. P. 16(e); Local Rule 3.06(b). | | 5/11/2027 |
| Month and year of the trial term. | | 6/1/2027 |

The trial will last approximately 3 days and be

☒ jury.

☐ non-jury.

## 3.  Description of the Action

Plaintiff is a truck driver who worked for the Defendant. Plaintiff was terminated from his employment and claims that he was fired for refusing to participate in an illegal action and because of his age. Based on that allegation, Plaintiff has brought two state claims under Florida's Whistleblower Statute and Florida's Civil Rights Act, and a Federal claim under the Age Discrimination in Employment Act. The matter is relatively simple as it does not require extensive electronic discovery, and the universe of relevant witnesses is around ten total.

323523466v.1

4.  **Disclosure Statement**

☒ Each party has filed a disclosure statement using the required form.

5.  **Related Action**

☒ The parties acknowledge their continuing duty under Local Rule 1.07(c) to notify the judge of a related action pending in the Middle District or elsewhere by filing a "Notice of a Related Action." No notice need be filed if there are no related actions as defined by the rule.

6.  **Consent to a Magistrate Judge**

"A United States magistrate judge in the Middle District can exercise the maximum authority and perform any duty permitted by the Constitution and other laws of the United States." Local Rule 1.02(a). With the parties' consent, a district judge can refer any civil matter to a magistrate judge for any or all proceedings, including a non-jury or jury trial. 28 U.S.C. § 636(c).

The Court asks the parties and counsel to consider the benefits to the parties and the Court of consenting to proceed before a magistrate judge. Consent can provide the parties certainty and flexibility in scheduling. Consent is voluntary, and a party for any reason can decide not to consent and continue before the district judge without adverse consequences. *See* Fed. R. Civ. P. 73(b)(2).

☐ The parties do consent and file with this case management report a completed Form AO 85 "Notice, Consent, and Reference of a Civil Action to a Magistrate Judge," which is available on the Court's website under "Forms."

☒ The parties do not consent.

7.  **Preliminary Pretrial Conference**

☒ The parties do not request a preliminary pretrial conference before the Court enters a scheduling order.

☐ The parties do request a preliminary pretrial conference, and the parties want to discuss enter discussion points.

3

323523466v.1

## 8. Discovery Practice

> The parties should read the Middle District Discovery Handbook, available on the Court's website at flmd.uscourts.gov/civil-discovery-handbook, to understand discovery practice in this District.

☒ The parties confirm they will comply with their duty to confer with the opposing party in a good faith effort to resolve any discovery dispute before filing a motion. *See* Local Rule 3.01(g); *Middle District Discovery* (2021) at § I.A.2.

## 9. Discovery Plan

The parties submit the following discovery plan under Rule 26(f)(2):

A. The parties agree to the timing, form, or requirement for disclosures under Rule 26(a):

☒ Yes.
☐ No.

B. Discovery may be needed on these subjects: A) The reasons for Plaintiffs termination B) Whether plaintiff objected to or refused to participate in an illegal action during his employment with Defendant, C) Plaintiff's damages and D) Plaintiff's efforts to mitigate those damages.

C. Discovery should be conducted in phases:

☒ No.
☐ Yes.

D. Are there issues about disclosure, discovery, or preservation of electronically stored information?

☒ No.
☐ Yes.

☒ The parties state the following views and proposals on any issues about

claims of privilege or of protection as trial-preparation materials, including the timing

and method for complying with Rule 26(b)(5)(A), Federal Rules of Civil Procedure,

323523466v.1

and—if the parties agree on a procedure to assert these claims after production—whether to ask the Court to include any agreement in an order under Rule 502(d), Federal Rules of Evidence:

The Parties agree that materials covered by the attorney-client privilege, trial preparation materials, or materials that constitute attorney work-product shall not be subject to discovery. The production of privileged or work-product protected documents, ESI, or other information, whether inadvertent or otherwise, is not a waiver of the privilege or protection from discovery in this case or in any other federal or state proceeding. Should any party inadvertently produce any of the materials mentioned above, the producing party shall immediately notify the recipient party, who shall return the inadvertently produced materials within two business days after a request that they be returned, together with any copies thereof. The Parties agree that inadvertently produced materials subject to this agreement and/or the contents thereof, shall not be used in any way or for any purpose during the litigation of this case, and that a party that produces such materials should be afforded the maximum protections allowed by Federal Rule of Evidence 502(d). The parties reserve the right to challenge or seek judicial review of any claim of privilege, as allowed by the Federal Rules of Civil Procedure.

    E.   The parties stipulate to changes to the limitations on discovery imposed under the Federal Rules of Civil Procedure and Local Rule 3.04 or other limitations:

       ⊠  No.

5

323523466v.1

☐   Yes.

## 10. Request for Special Handling

☒   The parties do not request special handling.

☐   The parties request special handling. Specifically, describe requested special handling.

☐   Enter party's name unilaterally requests special handling. Specifically, describe requested special handling.

## 11. Certification of familiarity with the Local Rules

☒   The parties certify that they have read and are familiar with the Court's Local Rules.

## 12. Signatures

Dated: February 25, 2026                              Respectfully submitted,


For Plaintiff Bruce Berkowitz:                       For Defendant U.S. Foods, Inc.:

RAVINDRAN LAW FIRM PLLC                               SEYFARTH SHAW LLP

By: */s/ James A. Odell*                              By: */s/ James J. Swartz, Jr.*
   Iva U. Ravindran                          James J. Swartz, Jr.
   2525 Ponce de Leon Blvd.                   Florida Bar No. 59565
   Ste. 300                                  jswartz@seyfarth.com
   Coral Gables, FL 33134                    SEYFARTH SHAW LLP
   Telephone: (305) 677-8713                 1075 Peachtree Street N.E., Suite 2500
   Iva U. Ravindran, Esq. (FBN 60447)        Atlanta, GA  30309-3958
   Email: iva@ravindranlaw.com               Telephone:  (404) 885-1500
   James A. Odell, Esq. (FBN 101396)         Facsimile: (404) 892-7056
   Email: james@ravindranlaw.com

6